UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

TRUSTEES of the DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,      Index No. 08cv1218 (KMK)

                Plaintiffs,      **STATEMENT PURSUANT
                                                        TO FRCP RULE 7.1**

    - against -

COLONIAL MIRROR & GLASS CORP.,

                Defendant.
------------------------------------------------------------------------X

      I, Steven M. Coren, a member of Coren & Associates, P.C., counsel for defendant COLONIAL MIRROR & GLASS CORP. in the above-captioned action, do hereby certify pursuant to Fed. R. Civ. Proc. Rule 7.1, that said defendant has no corporate parent, subsidiary or affiliate which is publicly held.

Dated:  New York, New York
        March 14, 2008

                                _____/s/_____
                                Steven M. Coren (SC-8693)
                                COREN & ASSOCIATES, P.C.
                                Attorneys for Defendant
                                228 East 45th Street
                                New York, New York 10017
                                (212) 371-5800

**CERTIFICATION**

      I HEREBY CERTIFY that a true copy of Defendant's Rule 7.1 Statement was mailed this 14th day of March, 2008 to:

>BARNES, IACCARINO, VIRGINIA,
>AMBINDER & SHEPHERD, PLLC
>258 Saw Mill River Road
>Elmsford, NY 10523

Dated: New York, New York
       March 14, 2008

                                    _____/s/_____
                                      Steven M. Coren, Esq. (SC-8693)